(January 7, 2010)

■ MARJORIE LANG, Respondent, v NOBLE PARKING, LLC, et al., Appellants. [891 NYS2d 280]—

Concur—Gonzalez, P.J., Friedman, McGuire, DeGrasse and Manzanet-Daniels, JJ.